# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tricia Ayala, | No. CV-15-01415-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Vandahl Engineering and Sales Limited, et al., | |
| Defendants. | |

On November 15, 2016, Plaintiff Tricia Ayala filed a Notice of Settlement. (Doc. 49.)

Accordingly,

**IT IS ORDERED** that the Clerk of Court dismiss this matter with prejudice within 45 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 23rd day of November, 2016.

Honorable John Z. Boyle
United States Magistrate Judge